# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135662

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LEWIS DESHAWN FAIRLEY,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135662
COA: 271965
Washtenaw CC: 05-001533-FH

_____/

      On order of the Court, the application for leave to appeal the December 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

s0317

_____
Clerk